No. 72–351.  MARAMAN v. HARDISTER ET AL.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 72–366.  VILLAGE OF WALTHILL, NEBRASKA, ET AL. v. OMAHA TRIBE OF NEBRASKA ET AL.  C. A. 8th Cir. Certiorari denied.

No. 72–392.  CRAMER ET UX. v. DIRECTOR OF REVENUE. Sup. Ct. Del.  Certiorari denied.

No. 72–393.  UNITED TRANSPORTATION UNION v. UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 72–444.  MISSOURI PACIFIC RAILROAD Co. v. WILLIAM A. SMITH CONTRACTING CO., INC.  Ct. App. Mo., Kansas City District.  Certiorari denied.

No. 72–448.  DASHER v. BLACKMON, COMMISSIONER, DEPARTMENT OF REVENUE, ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 72–474.  SCHATTMAN v. TEXAS EMPLOYMENT COMMISSION ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–483.  SALAZAR v. UNITED STATES;
No. 72–485.  NORMAN v. UNITED STATES;
No. 72–525.  COOPER v. UNITED STATES;
No. 72–5454.  COOPER v. UNITED STATES; and
No. 72–5563.  COOPER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  Reported below:  464 F. 2d 648.

No. 72–609.  KOKAS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.